IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABIOLA AJALA, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EDY ABOUJAOUDE, et al., | : | NO. 25-7111 |

## **ORDER**

**AND NOW**, this 22nd day of July 2026, upon consideration of the Motions to Dismiss filed by Defendants Soleiman Khalil Raie, the Raie Law Firm ("the Raie Defendants"), and Edy Aboujaoude (Docket Nos. 11, 12) and Plaintiff Abiola Ajala's Consolidated Response thereto (Docket No. 15), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1.     The Motion to Dismiss filed by the Raie Defendants (Docket No. 11) is **GRANTED IN PART AND DENIED IN PART**.  The Motion is granted to the extent it seeks dismissal of Plaintiff's claims against the Raie Defendants in Count I and Count I is dismissed as to the Raie Defendants only.   The Motion is **DENIED** in all other respects.

2.     The Motion to Dismiss filed by Defendant Aboujaoude (Docket No. 12) is **DENIED** in its entirety.

3.     Defendants shall file responsive pleadings in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.